The Department of Public Works & Buildings of the State of Illinois, Plaintiff-Appellee, v. Roy J. Smith, Successor Trustee, et al., Defendant-Appellant.

Gen. No. 64-51. 

Second District.
July 28, 1965.
Rehearing denied August 26, 1965.

Mark
J. Drobnick, of Waukegan, for appellant; Donald T. Morrison, Special Attorney General, of Waukegan, and William G. Clark, Attorney General, of Chicago, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.